WENDELL J. O'BRIEN, an Infant, by FREDERICK J. O'BRIEN, His Guardian ad Litem, et al., Appellants, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

Argued March 6, 1941; decided April 17, 1941.

*Clarence Z. Spriggs* for appellants.
*Robert E. Dineen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.